B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Maurer, Randall F. and Tammy R. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Maurer, Tammy R. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Randy F. Maurer | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Tammy R. Milton |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XXX-XX-9696 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XXX-XX-1161 |
| Street Address of Debtor (No. and Street, City, and State):<br>1608 South Hamilton<br>Lockport, IL                    ZIP CODE 60441 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1608 South Hamilton<br>Lockport, IL                    ZIP CODE 60441 |
| County of Residence or of the Principal Place of Business:<br>Will County | County of Residence or of the Principal Place of Business:<br>Will County |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                             Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br><br>☑ Debts are primarily consumer      ☐ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment<br>on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

FILED
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
NOV 04 2011
KENNETH S. GARDNER, CLERK
PC REP - LR

B1 (Official Form 1) (4/10)                                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Maurer, Randall and Tammy** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: **Northern District of Illinois** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____  Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | Maurer, Randall and Tammy |

| Signatures |
| --- |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  s/ Randall F. Maurer
Signature of Debtor

X  s/ Tammy R. Maurer
Signature of Joint Debtor

(815) 560-3412
Telephone Number (if not represented by attorney)

11/02/2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X  _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## <u>Northern</u> District of <u>Illinois</u>

In re <u>Maurer, Randall F. and Tammy R.</u>                    Case No._____
            Debtor                                                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   s/ Randall F. Maurer

Date:    11/02/2011

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern  District of  Illinois

In re  Maurer, Randall F. and Tammy R                              Case No._____

_____Debtor_____                                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ___ s/ Tammy R. Maurer ___

Date: ___ 11/02/2011 ___

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## <u>Northern</u>      District Of      <u>Illinois</u>

In re    <u>Maurer, Randall F. and Tammy R.</u>                    Case No. _____
             Debtor

                                                                   Chapter ____7____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 13,359.45 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 49 | | $ 98,291.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,164.20 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,404.00 |
| TOTAL | | 61 | $ 13,359.45 | $ 98,291.40 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern___ District Of Illinois___

In re  Maurer, Randall F. and Tammy R. ,

        Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

        If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

        □ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $4,164.20 |
| Average Expenses (from Schedule J, Line 18) | $3,404.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $5,499.15 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $98,291.40 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $98,291.40 |

**B6A (Official Form 6A) (12/07)**

In re ___Maurer, Randall F. and Tammy R.___,        Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    **Randall F Maurer,**                                        Case No. _____
         **Tammy R. Maurer**

_____
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.** List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - husband** | H | 140.45 |
| | | **Checking - Wife** | W | 200.00 |
| | | **Thrift Savings Plan - Wife** | W | 420.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Com Ed Security Deposit** | J | 145.00 |
| | | **Security Deposit with Landlord** | J | 1,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Couch and recliner $250; end table $25; bedroom set $250; child's bedroom set $100; kitchen table and chairs $100; 3 televisions $600; misc. household items $600; washer and dryer $300; Electronics $400; laptop $400** | J | 3,025.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. home decor $100; used books $25; DVDs and video games $300** | J | 425.00 |
| 6.  Wearing apparel. | | **Typical clothing for 2 adults** | J | 700.00 |
| 7.  Furs and jewelry. | | **Engagement ring $200; wife's wedding band $200; husband's wedding band** | J | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer Life Insurance Policy - term policy, no cash value** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 6,605.45 |
|---|---|---|---|
|  |  | (Total of this page) |  |

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Randall F Maurer,**
      **Tammy R. Maurer**
                       Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Randall F Maurer,**
      **Tammy R. Maurer**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Chevy Blazer (Kelly Blue Book Value)** | H | 2,605.00 |
| | | **2002 Chevy Impala (Kelly Blue Book Value)** | J | 2,629.00 |
| 26. Boats, motors, and accessories. | | **1996 Polaris XLT Snowmobile** | J | 1,220.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc. tools** | J | 300.00 |

Sub-Total >     6,754.00
(Total of this page)

Total >     13,359.45

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   Randall F Maurer,                                        Case No. _____
        Tammy R. Maurer

                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking - husband | 735 ILCS 5/12-1001(b) | 140.45 | 140.45 |
| Checking - Wife | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Thrift Savings Plan - Wife | 735 ILCS 5/12-1001(b) | 420.00 | 420.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Com Ed Security Deposit | 735 ILCS 5/12-1001(b) | 145.00 | 145.00 |
| Security Deposit with Landlord | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Couch and recliner $250; end table $25; bedroom set $250; child's bedroom set $100; kitchen table and chairs $100; 3 televisions $600; misc. household items $600; washer and dryer $300; Electronics $400; laptop $400 | 735 ILCS 5/12-1001(b) | 3,025.00 | 3,025.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. home decor $100; used books $25; DVDs and video games $300 | 735 ILCS 5/12-1001(a) | 425.00 | 425.00 |
| **Wearing Apparel** | | | |
| Typical clothing for 2 adults | 735 ILCS 5/12-1001(a) | 700.00 | 700.00 |
| **Furs and Jewelry** | | | |
| Engagement ring $200; wife's wedding band $200; husband's wedding band | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Chevy Blazer (Kelly Blue Book Value) | 735 ILCS 5/12-1001(c) | 2,605.00 | 2,605.00 |
| 2002 Chevy Impala (Kelly Blue Book Value) | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | 2,195.00 434.00 | 2,629.00 |
| **Boats, Motors and Accessories** | | | |
| 1996 Polaris XLT Snowmobile | 735 ILCS 5/12-1001(b) | 1,220.00 | 1,220.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Misc. tools | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |

|  | Total: | 13,359.45 | 13,359.45 |
|---|---|---|---|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re _____Maurer, Randall F. and Tammy R._____,        Case No. _____
          **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| 0 continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re _____Maurer, Randall F. and Tammy R._____,          Case No._____
                          **Debtor**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____Maurer, Randall F. and Tammy R._____ ,    Case No._____
              **Debtor**                                                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,   Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   B58129<br><br>A&S Collection Associates, Inc.<br>PO Box 395<br>Williamstown, VT 05679 | | W | SECURE STORAGE | | | | 550.00 |
| ACCOUNT NO.   835762<br><br>ACC International<br>ACC Bldg<br>919 Estes Court<br>Schaumburg, IL 60193 | | W | TCF BANK ACCOUNT: ENDING IN 0262 | | | | 177.00 |
| ACCOUNT NO.   1015270001<br><br>Adventist Bolingbrook Hospital<br>PO Box 9287<br>Oak Brook, IL 60522-9287 | | W | 04/22/2008<br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   033116775-01<br><br>Afni, Inc. - Attn: BK Dept.<br>404 Brock Drive<br>PO Box 3427<br>Bloomington, IL 61702-3427 | | W | DISH NETWORK | | | | 473.01 |

__48__  continuation sheets attached

Subtotal▶ $ 1200.01

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,     Case No. _____
              **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   043851381-02 <br><br> Afni, Inc. - Attn: BK Dept. <br> 404 Brock Drive <br> PO Box 3427 <br> Bloomington, IL 61702-3427 | | W | T-MOBILE | | | | 168.43 |
| ACCOUNT NO.   14071676 <br><br> AllianceOne, Inc. <br> Attn:  Bankruptcy Dept. <br> 4850 Street Road, Level C <br> Trevose, PA 19053 | | W | TARGET <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   A16149614 <br><br> Allied Interstate <br> Attn:  BK Dept. <br> 3200 Northline Ave., Suite 160 <br> Greensboro, NC 27408 | | W | NATIONAL CITY BANK <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   59086753 <br><br> Allied Interstate <br> Attn:  BK Dept. <br> 3200 Northline Ave., Suite 160 <br> Greensboro, NC 27408 | | H | COMED <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   9953619 <br><br> Amcheck Collections <br> Attn: BK Dept. <br> 1816 3rd Avenue N <br> Birmingham, AL 35203-3102 | | W | T-MOBILE <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _1_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 168.43

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                         **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9953619<br><br>Amsher Collection Svc, Inc.<br>Attn: BK Dept.<br>600 Beacon Pkwy W Ste 300<br>Birmingham, AL 35209-3114 | | W | T-MOBILE<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    8752332<br><br>Apex Financial Management, LLC<br>Attn: BK Dept.<br>PO Box 2219<br>Northbrook, IL 60065-2219 | | H | BANK OF AMERICA CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.0176621100344986<br><br>ARS Recovery Svcs, LLC<br>Attn: BK Dept.<br>1845 Hwy 93 South, Suite 310<br>Kalispell, Montana 59901 | | H | HSBC/ YAMAHA | | | | 3733.16 |
| ACCOUNT NO.XXXX XXXX XXXX 4949<br><br>Aspire Card Services<br>c/o Columbus Bank & Trust<br>P.O. Box 15250<br>Columbus, GA 31902 | | W | ASPIRE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    25951096<br><br>Asset Acceptance, LLC<br>Attn: BK Dept.<br>PO Box 2036<br>Warren, MI 48090 | | W | TARGET CREDIT CARD | | | | 559.16 |

Sheet no. _2_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal➤   $ 4292.32

                                              Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    14525<br><br>Assoc. Radiologists of Joliet SC<br>39069 Treasury Center<br>Chicago, IL 60694-9000 | | W | 09/20/2010<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    7549030<br><br>Associated Recovery Systems<br>Attn:  BK Dept.<br>201 West Grand Avenue<br>Escondido, CA 92025 | | W | CAPITAL ONE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 815838-1905 376 2<br><br>AT&T<br>Attn:  BK Dept.<br>208 S. Akard Street<br>Dallas, TX 75202 | | W | TELEPHONE SERVICES | | | | 103.82 |
| ACCOUNT NO. 815838-0714 388 0<br><br>AT&T<br>Attn:  BK Dept.<br>208 S. Akard Street<br>Dallas, TX 75202 | | W | TELEPHONE SERVICES<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-1064<br><br>Bank of America Credit Card<br>Attn:  BK Dept.<br>PO Box 15019<br>Wilmington, DE 19850-5019 | | H | BANK OF AMERICA CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. _3_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 103.82

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                        **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    446451 <br><br> Berwyn Emer Physicians <br> 75 Remit Drive, #1209 <br> Chicago, IL 60675-1209 | | H | MEDICAL - 10/16/2008 | | | | 235.00 |
| ACCOUNT NO.    08-32567-0 <br><br> Blitt and Gaines, P.C. <br> 661 W. Glenn Avenue <br> Wheeling, IL 60090 | | W | CAPITAL ONE CREDIT CARD | | | | 1345.27 |
| ACCOUNT NO.    982089A <br><br> Business Service Bureau <br> Attn:  BK Dept. <br> 206 N. Randolph, Suite 501 <br> Champaign, IL 61820 | | W | NATIONAL CITY BANK | | | | 623.83 |
| ACCOUNT NO.    4405567 <br><br> Calvary Investments, LLC <br> 7 Skyline Drive, Suite 3 <br> Hawthorne, NY 10532-2162 | | W | SPRINT PCS | | | | 323.00 |
| ACCOUNT NO.    12268094 <br><br> Calvary Portfolio Svcs, LLC <br> Attn: BK Dept. <br> PO Box 1017 <br> Hawthorne, NY 10532 | | H | BANK OF AMERICA CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _4_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 2527.10

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    767423809 <br><br> Capital Management Svcs, Inc. <br> Attn: BK Dept. <br> 726 Exchange Street, Suite 700 <br> Buffalo, NY 14210 | | W | CAPITAL ONE CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    12268094 <br><br> Capital Management Svcs, Inc. <br> Attn: BK Dept. <br> 726 Exchange Street, Suite 700 <br> Buffalo, NY 14210 | | H | BANK OF AMERICA CARD/ <br> CALVARY PORTFOLIO | | | | 13817.54 |
| ACCOUNT NO. XXXX-XXXX-XXXX-8829 <br><br> Capital Management Svcs, Inc. <br> Attn: BK Dept. <br> 726 Exchange Street, Suite 700 <br> Buffalo, NY 14210 | | H | CHASE CREDIT CARD/ <br> WEST ASSET MANAGEMENT <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  XXXXXX8293 <br><br> Capital Management Svcs, Inc. <br> Attn: BK Dept. <br> 726 Exchange Street, Suite 700 <br> Buffalo, NY 14210 | | H | NATIONAL CITY/ PNC BANK <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-6112 <br><br> Capital One <br> Attn: BK Dept. <br> PO Box 30285 <br> Salt Lake City, UT 84130-0285 | | W | CAPITAL ONE CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _5_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 13817.54

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,    Case No. _____
                          **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      1277235<br><br>CashCall, Inc.<br>Attn:  BK Dept.<br>1600 S. Douglass Road<br>Anaheim, CA 92806 | | W | PERSONAL LOAN<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.      1277235<br><br>CashCall, Inc.<br>Attn:  BK Dept.<br>1920 Main Street, Suite 400<br>Irvine, CA 92614-8210 | | W | PERSONAL LOAN<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.      1066518<br><br>CashCall, Inc.<br>Attn:  BK Dept.<br>1600 S. Douglass Road<br>Anaheim, CA 92806 | | H | PERSONAL LOAN | | | | 9260.44 |
| ACCOUNT NO.      1066518<br><br>CashCall, Inc.<br>Attn:  BK Dept.<br>1920 Main Street, Suite 400<br>Irvine, CA 92614-8210 | | H | PERSONAL LOAN<br><br>NOTICE ONLY | | | | 0.00 |

Subtotal▶  $ 9260.44

_____ continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 6 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX XXXX XXXX 4949<br><br>CB&T<br>Attn: BK Dept.<br>PO Box 105555<br>Atlanta, GA 30348-5555 | | W | ASPIRE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   05-016546832<br><br>CBE Group<br>Attn: BK Dept.<br>131 Tower Park Drive, Suite 100<br>Waterloo, IA 50701 | | W | DISH NETWORK<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   RK7738<br><br>CCB Credit Services<br>Attn: BK Dept.<br>5300 S. 6th Street<br>Springfield, IL 62703-5184 | | H | CASHCALL LOAN<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   2262948<br><br>CCV<br>Attn: BK Dept.<br>PO Box 1268<br>Bothell, WA 98041-1268 | | W | ZUMIEZ<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-8829<br><br>Chase Credit Card<br>Attn: BK Dept.<br>PO Box 15548<br>Wilmington, DE 19886-5548 | | H | CHASE CREDIT CARD | | | | 2903.41 |

Sheet no. _7_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 2903.41

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX-XXXX-XXXX-8829<br><br>Chase Credit Card<br>Attn: BK Dept<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | H | CHASE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. Customer ID: 847*3231<br><br>Check 'n Go<br>Attn: BK Dept.<br>2116 West Jefferson Street<br>Joliet, IL 60435 | | W | Loan: 847*12528<br>Loan: 847*12215<br>Loan: 1161*1 | | | | UNKNOWN |
| ACCOUNT NO. 16*SAF700*072804*CM<br><br>Check Recovery Systems<br>PO Box 45405<br>Los Angeles, CA 90045-0274 | | W | DOMINCK'S/ SAFEWAY<br><br>REFERENCE #: 12244908 | | | | 155.38 |
| ACCOUNT NO. 2240103<br><br>ClearCheck, Inc.<br>PO Box 27087<br>Greenville, SC 29616-2087 | | W | ZUMIEZ/ CCV | | | | 89.62 |
| ACCOUNT NO. 12-7718806<br><br>Collection Co. of America<br>Attn: BK Dept.<br>PO Box 556<br>Norwell, MA 02061-0556 | | W | VERIZON WIRELESS<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. _8_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 245.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　Multiple<br><br>Comcast<br>Attn: BK Dept.<br>1171 E. Wilson Street<br>Batavia, IL 60510 | | J | CABLE SERVICES<br><br>Account #: 8798 20 144 0265745<br>Account #: 8771 20 156 0075966<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.　Multiple<br><br>ComEd<br>Attn: BK Dept.<br>2100 Swift Drive<br>Oakbrook, IL 60523-9644 | | W | UTILITY SERVICES<br><br>Account #: 0262421125<br>Account #: 8704389148<br>Account #: 0178610010 | | | | 596.47 |
| ACCOUNT NO.　0262009101<br><br>ComEd<br>Attn: BK Dept.<br>2100 Swift Drive<br>Oakbrook, IL 60523-9644 | | H | UTILITY SERVICES | | | | 269.21 |
| ACCOUNT NO.　CCI235XXXX<br><br>Contract Callers, Inc.<br>Attn: BK Dept.<br>1058 Claussen Road, Suite 110<br>Augusta, GA 30907-0310 | | H | COMED<br><br>NOTICE ONLY | | | | 0.00 |
| | | | | | Subtotal► | | $ 865.68 |
| | | | | | Total► | | $ |

_____ ~~continuation sheets attached~~

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 9 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07)

In re _____ Maurer, Randy and Tammy _____ ,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　266637<br><br>Credit & Collection Solutions, Inc.<br>Attn: BK Department<br>PO Box 1013<br>Great Falls, MT 59403 | | H | EXPRESS INFORMATION SYSTEMS<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 9412H-0003447234<br><br>Credit Management Services<br>2235 Mercury Way, Suite 275<br>Santa Rosa, CA 95407 | | H | HARRIS BANK/ TRANSWORLD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.　HARRIS, N.A.<br><br>Credit Management Services<br>25 Northwest Point Blvd<br>Suite 750<br>Elk Grove Village, IL 60007 | | H | HARRIS BANK<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.　40804886<br><br>Credit Management, Inc.<br>Attn: BK Dept.<br>4200  International Parkway<br>Carrollton, TX 75007 | | W | COMCAST<br><br>NOTICE ONLY | | | | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal▶ | $ 0.00

_____ continuation sheets attached

Sheet no. 10 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____ ,        Case No. _____
                        **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01-020000-8798201440265745-00 <br><br> Credit Protection Assoc. <br> Attn: BK Dept. <br> 13355 Noel Road, Suite 2100 <br> Dallas, TX 75240 | | W | COMCAST | | | | 451.43 |
| ACCOUNT NO. 01-010000-8771201560075966-00 <br><br> Credit Protection Assoc. <br> Attn: BK Dept. <br> 13355 Noel Road <br> Dallas, TX 75240 | | J | COMCAST | | | | 144.10 |
| ACCOUNT NO. 3715607 <br><br> Creditors Collection Bureau, Inc. <br> 755 Almar Parkway <br> Bourbonnais, IL 60914 | | W | ASSOCIATED RADIOLOGISTS <br><br> CLIENT #: 3715607 | | | | 41.00 |
| ACCOUNT NO. E70700-D84559 <br><br> Creditors Discount & Audit Co. <br> 415 East Main Street <br> PO Box 213 <br> Streator, IL 61364-0213 | | W | 10/25/2008 - MEDICAL | | | | 13.19 |
| ACCOUNT NO. 38758082 <br><br> DataSearch, Inc. <br> Attn: BK Dept. <br> 85 NE Loop 410 Suite 575 <br> San Antonio, Texas 78216 | | H | 10/16/2008 - MEDICAL <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. __11__ of __48__ continuation sheets attached                    Subtotal▶ | $ 649.72
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                            Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Maurer, Randy and Tammy _____,        Case No. _____
                          **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   750459A64899<br><br>Dependon Collection Svc.<br>Attn: BK Dept.<br>PO Box 4833<br>Oak Brook, IL 60522 | | W | MEDICAL | | | | 50.00 |
| ACCOUNT NO.   117578<br><br>Dermatology Limited<br>2400 Glenwood Avenue<br>Suite 126<br>Joliet, IL 60435-5495 | | W | MEDICAL - 08/09/2005 AND 10/23/2007 | | | | 106.00 |
| ACCOUNT NO.   GS315-01170<br><br>Diamond Ent., Attn: BK Dept.<br>PMB 441<br>2063 Main Street<br>Oakley, CA 94561-3301 | | H | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   UNKNOWN<br><br>Discount Tires, Corp. Headquarters<br>Attn: BK Department<br>20225 North Scottsdale Road<br>Scottsdale, Arizona 85255 | | W | 06/2009 | | | | 0.00 |
| ACCOUNT NO.   GS31501170<br><br>Discovery Magazine Service<br>c/o Luebke Baker & Associates<br>PO Box 9398<br>Peoria, IL 61612 | | H | DIAMONT ENT.<br><br>TRACKING NUMBER: 032868-6 | | | | 765.76 |

Sheet no. 12 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 921.76

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8255 90 964 3928390 <br><br> Dish Network Corporate Office <br> Attn:  BK Dept. <br> 9601 S. Meridian Blvd. <br> Englewood, CO 80112 | | W | CABLE SERVICES <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    720053292 <br><br> Diversified Consultants, Inc. <br> Attn:  Bankruptcy Dept. <br> PO Box 551268 <br> Jacksonville, FL 32255 | | W | U.S. CELLULAR | | | | 337.34 |
| ACCOUNT NO.    003 15086 <br><br> DuPage Emerg Phys Conv Care <br> PO Box 366 <br> Hinsdale, IL 60522 | | W | MEDICAL - 04/28/2009 | | | | 40.00 |
| ACCOUNT NO.    003 15086 <br><br> DuPage Emerg Phys Conv Care <br> PO Box 366 <br> Hinsdale, IL 60522 | | W | MEDICAL - 10/25/2008 <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    003 15086 <br><br> DuPage Emerg Phys Conv Care <br> PO Box 366 <br> Hinsdale, IL 60522 | | W | MEDICAL - 05/04/2010 | | | | 180.00 |

Sheet no. _13_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 557.34

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 802-1-0001945872<br><br>DuPage Pathology Associates, SC<br>Attn: BK Department<br>520 E 22nd Street<br>Lombard, IL 60148 | | W | MEDICAL - 04/28/2009 | | | | 199.00 |
| ACCOUNT NO. 26859699<br><br>Earthlink Corporate Offices<br>Attn: BK Dept.<br>1375 Peachtree Street<br>Atlanta, Georgia 30309 | | W | INTERNET SERVICES | | | | UNKNOWN |
| ACCOUNT NO. 41802213<br><br>Edward Hospital<br>Attn: BK Department<br>PO Box 5995<br>Peoria, IL 61601-5995 | | W | MEDICAL - 09/01/2010<br><br>REFERENCE #: E054011044<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 52529588<br><br>Edward Hospital<br>Attn: BK Department<br>PO Box 5995<br>Peoria, IL 61601-5995 | | W | MEDICAL - 03/25/2011 | | | | 2000.50 |
| ACCOUNT NO. 001 73309<br><br>EM Strategies Ltd.<br>Attn: BK Department<br>PO Box 366<br>Hinsdale, IL 60522 | | J | MEDICAL - 09/20/2010<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. _14_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2199.50

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    003 7533<br><br>EM Strategies Ltd.<br>Attn: BK Department<br>PO Box 366<br>Hinsdale, IL 60522 | | W | MEDICAL - 08/24/2010<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 176-6211-0034-4986<br><br>EMCC Investment Ventures, LLC<br>Attn: BK Dept.<br>375 W. Cerrios Avenue<br>Anaheim, CA 92805 | | H | HSBC/ YAMAHA<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    46095065<br><br>Enhanced Recovery, LLC<br>10550 Deerwood Park Blvd<br>Suite 6<br>Jacksonville, FL 32256-2811 | | W | AT&T<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    46095142<br><br>Enhanced Recovery, LLC<br>10550 Deerwood Park Blvd<br>Suite 6<br>Jacksonville, FL 32256-2811 | | W | AT&T<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XXX-XX-9696 AND XXX-XX-1161<br><br>Equifax<br>Attn: Bankruptcy Reporting Dept.<br>PO Box 740241<br>Atlanta, GA 30374 | | J | CREDIT REPORTING AGENCY<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. 15 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$ 0.00

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,    Case No. _____
         **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-9696 AND XXX-XX-1161<br><br>Experian<br>Attn: Bankruptcy Reporting Dept.<br>PO Box 2002<br>Allen, TX 75013 | | J | CREDIT REPORTING AGENCY<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 5270983/5000036<br><br>Express Information Systems<br>Attn: BK Dept.<br>PO Box 36678<br>Phoenix, AZ 85067 | | H | SUBSCRIPTION | | | | 1060.70 |
| ACCOUNT NO.   5000036<br><br>Express Information Systems<br>c/o Galaxy Credit<br>PO Box 5628<br>Peoria, AZ 85385-5628 | | H | EXPRESS INFORMATION SYSTEMS | | | | 661.50 |
| ACCOUNT NO.   1066518<br><br>First Bank & Trust<br>Attn: BK Dept.<br>215 W. 4th Avenue<br>Milbank, SD 57252 | | H | PERSONAL LOAN - CASHCALL<br><br>NOTICE ONLY | | | | 0.00 |

                          Subtotal ▶  $ 1722.20

_____ continuation sheets attached

                          Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 16 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   Maurer, Randy and Tammy               ,        Case No. _____
             **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX-XXXX-XXXX-7039<br><br>First Premier Bank<br>Attn: BK Dept.<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 | | W | FIRST PREMIER CREDIT CARD | | | | 408.21 |
| ACCOUNT NO. XXXX-XXXX-XXXX-7197<br><br>First Premier Bank<br>Attn: BK Dept.<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 | | H | FIRST PREMIER CREDIT CARD | | | | 500.00 |
| ACCOUNT NO.  101-912-7723<br><br>First Publisher<br>Attn: BK Dept.<br>195 Hwy 50, Suite 104<br>PO Box 7172158 | | H | SUBSCRIPTION | | | | 59.97 |
| ACCOUNT NO.  2495.13216<br><br>Friedman & Wexler, LLC<br>500 West Madison Street<br>Suite 2910<br>Chicago, IL 60661-2587 | | W | JEWEL OSCO/ TRS RECOVERY | | | | 98.18 |
| ACCOUNT NO.  2495.14092<br><br>Friedman & Wexler, LLC<br>500 West Madison Street<br>Suite 2910<br>Chicago, IL 60661-2587 | | W | JEWEL OSCO/ TRS RECOVERY | | | | 85.50 |

Sheet no. 17 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 1151.86

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  253547-1<br><br>Galaxy Credit<br>Attn: BK Dept.<br>PO Box 5628<br>Peoria, AZ 85385-5628 | | H | IMS OF ARIZONA | | | | 399.20 |
| ACCOUNT NO. 8255909643928390<br><br>GC Services<br>Attn:  BK Dept.<br>6330 Gulfton<br>Houston, TX 77081 | | W | DISH NETWORK<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 90102470313540001<br><br>GC Services, LP<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | | H | NISSIAN MOTOR ACCEPTANCE<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-8829<br><br>Gerald E. Moore & Associates<br>Attn: BK Dept.<br>PO Box 724087<br>Atlanta, GA 31139 | | H | CHASE CREDIT CARD/<br>WORLDWIDE ASSET<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  122608342<br><br>Good Samaritan Hospital<br>3815 Highland Avenue<br>Downers Grove, IL 60515 | | W | MEDICAL - 05/04/2010<br><br>LEMONT OUTPATIENT CENTER | | | | 706.40 |

Sheet no. _18_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 1105.60

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
            **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   458XXX<br><br>H&R Accounts, Inc.<br>Attn: BK Dept.<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 | | W | MEDICAL - UNKNOWN | | | | 121.00 |
| ACCOUNT NO.   9358090084<br><br>Harris & Harris, Ltd.<br>Attn: BK Dept.<br>600 W. Jackson Blvd., Suite 400<br>Chicago, IL 60661 | | H | NICOR<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   XXXXXX7235<br><br>Harris Bank<br>Attn: BK Dept.<br>114 West First Street<br>Hinsdale, IL 60521 | | H | CHECKING ACCOUNT | | | | 414.14 |
| ACCOUNT NO.   11807959<br><br>Harvard Collection Svcs, Inc.<br>Attn: BK Dept.<br>4839 N. Elson Avenue<br>Chicago, IL 60630-2534 | | H | COMED<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   200801015<br><br>Heller & Frisone, Ltd.<br>Attn: BK Dept.<br>33 N. LaSalle Street, Suite 1200<br>Chicago, IL 60602 | | H | TCF BANK | | | | 255.91 |

Sheet no. 19 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 791.05

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX-XXXX-XXXX-1064<br><br>Hilco Receivables, LLC<br>Attn: BK Dept.<br>5 Revere Drive<br>Northbrook, IL 60062 | | H | BANK OF AMERICA CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    MAURER<br><br>Homer Glen Pediatrics<br>12701 W 143rd Street<br>Suite 210<br>Homer Glen, IL 60491-7808 | | J | MEDICAL - 07/08/2008 AND 03/21/2009 | | | | 144.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-0930<br><br>HSBC Bank<br>Attn: BK Dept.<br>PO Box 5213<br>Carol Stream, IL 60197 | | W | ORCHARD BANK CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.176-6211-0034-4986<br><br>HSBC Retail Services (Yamaha)<br>Attn: BK Dept.<br>PO Box 703<br>Wood Dale, IL 60191-0703 | | H | MOTORCYCLE LOAN | | | | 7963.26 |
| ACCOUNT NO.    002594<br><br>HSSI d/b/a C & R Medical Group<br>Attn: BK Dept.<br>Lock Box 294<br>Bedford Park, IL 60499 | | W | MEDICAL - 04/22/2008 AND 07/01/2008 | | | | 136.74 |

Sheet no. 20 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 8244.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,    Case No. _____
              **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37277230-15<br><br>I.C. System, Inc.<br>444 Highway 96 East<br>PO Box 64886<br>St. Paul, MN 55164-0886 | | W | ORCHARD BANK CREDIT CARD/ HSBC BANK<br><br>NOTICE ONLY | | | | 535.00 |
| ACCOUNT NO.   36383389-1-79<br><br>I.C. System, Inc.<br>444 Highway 96 East<br>PO Box 64886<br>St. Paul, MN 55164-0886 | | H | SPRINT NEXTEL | | | | 399.52 |
| ACCOUNT NO. W3970412-TC-ST510<br><br>I.C. System, Inc.<br>444 Highway 96 East<br>PO Box 64886<br>St. Paul, MN 55164-0886 | | W | TARGET CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.<br><br>ICS Collection Service<br>Attn:  BK Dept.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | | W | RADIOLOGISTS OF DUPAGE<br><br>MEDICAL - 01/21/2010 | | | | 57.64 |
| ACCOUNT NO.<br><br>ICS Collection Service<br>Attn:  BK Dept.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | | W | RADIOLOGISTS OF DUPAGE<br><br>MEDICAL - 11/24/2009 | | | | 170.70 |

Sheet no. 21 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1162.86

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     12118046<br><br>ICS Collection Service<br>Attn:  BK Dept.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | | W | RADIOLOGISTS OF DUPAGE<br><br>MEDICAL - UNKNOWN TREATMENT DATE | | | | 228.34 |
| ACCOUNT NO. XXX-XXXX-XXXX-2660<br><br>Imagine Card Services<br>Attn: BK Dept.<br>PO Box 103106<br>Roswell, GA 30076 | | W | IMAGINE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.     5270983<br><br>IMS of Arizona<br>(Allstate Readers Service)<br>PO Box 36195<br>Roswell, GA 30076 | | H | SUBSCRIPTION<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.     265326XXXX<br><br>Jefferson Capital, LLC<br>Attn: BK Dept.<br>16 McLeland Road<br>Saint Cloud, MN 56303 | | W | UNKNOWN CREDITOR THAT APPEARS ON CREDIT REPORT | | | | 953.00 |
| | | | Subtotal▶ | | | | $ 1181.34 |
| | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

~~_____ continuation sheets attached~~

Sheet no. 22 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   265245XXXX <br><br> Jefferson Capital, LLC <br> Attn: BK Dept. <br> 16 McLeland Road <br> Saint Cloud, MN 56303 | | W | UNKNOWN CREDITOR THAT APPEARS ON CREDIT REPORT | | | | 897.00 |
| ACCOUNT NO.   265178XXXX <br><br> Jefferson Capital, LLC <br> Attn: BK Dept. <br> 16 McLeland Road <br> Saint Cloud, MN 56303 | | W | UNKNOWN CREDITOR THAT APPEARS ON CREDIT REPORT | | | | 849.00 |
| ACCOUNT NO.   UNKNOWN <br><br> JJ Marshall & Assoc., Inc. <br> Attn:  BK Dept. <br> PO Box 182190 <br> Shelby Township, MI 48318 | | W | NATIONAL CITY BANK <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  DC0025821613 <br><br> KCA Financial Services, Inc. <br> 628 North Street <br> PO Box 53 <br> Geneva, IL 60134 | | W | MEDICAL - 10/24/2004 <br><br> PELLETTIERI & ASSOCIATES/ PROVENA ST. JOSEPH HOSPITAL | | | | 78.80 |
| ACCOUNT NO.   5364137 <br><br> Kevin B. Wilson <br> Law Offices <br> P.O. Box 24103 <br> Chattanooga, TN 37422 | | W | MEDICAL - 04/22/2008 <br><br> NORTH AMERICAN CREDIT SERVICES/ ADVENTIST BOLINGBROOK HOSPITAL | | | | 3105.84 |

Sheet no. 23 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4930.64

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,                    Case No. _____
                   Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9192.001<br>Kevin M. Kelly, P.C.<br>Attn: BK Dept.<br>10 E. 22nd Street, Suite 216<br>Lombard, IL 60148 | | H | CHASE CREDIT CARD/ WORLDWIDE ASSET<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. TAMMY MILTON<br>L.A. Tan, Corporate Office<br>Attn: BK Dept.<br>3775 W. Arthur Avenue<br>Lincolnwood, IL 60712 | | W | TANNING MEMBERSHIP | | | | UNKNOWN |
| ACCOUNT NO. 2246*1180893.1<br>Laboratory & Pathology Diagnostics<br>Attn:  BK Dept.<br>Department 4387<br>Carol Stream, IL 60122-4387 | | W | MEDICAL - 03/25/2011 | | | | 1146.64 |
| ACCOUNT NO.   L3837/347119<br>Lemont Fire Pro Dist.<br>Attn: BK Dept.<br>PO Box 438495<br>Chicago, IL 60643 | | W | MEDICAL - 04/28/2009 | | | | 895.00 |
| ACCOUNT NO.   L3837/200302<br>Lemont Fire Pro Dist.<br>Attn: BK Dept.<br>PO Box 438495<br>Chicago, IL 60643 | | W | MEDICAL - 09/18/2002 | | | | 300.00 |

Sheet no. 24 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 2341.64

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   UNKNOWN<br><br>Lockport Police Dept.<br>Attn:  Parking Ticket Div.<br>1212 South Farrell Road<br>Lockport, IL 60441 | | J | PARKING TICKETS:<br><br>TAMMY MILTON<br>TAMMY MAURER<br>RANDY MAURER | | | | UNKNOWN |
| ACCOUNT NO.  0001068000-02<br><br>Lockport Waterworks<br>Attn: BK Dept.<br>222 E. 9th Street<br>Lockport, IL 60441 | | H | WATER SERVICE | | | | 73.83 |
| ACCOUNT NO.     373218<br><br>M&M Orthopaedics Ltd.<br>4300 Commerce Court, Suite 230<br>Lisle, IL 60532-3698 | | J | MEDICAL - 10/27/2007<br><br>SON<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    UNKNOWN<br><br>MAC Tools, Attn: BK Dept.<br>165 Cochran<br>PO Box 319<br>Manhattan, IL 60442 | | H | | | | | 26.48 |
| ACCOUNT NO.    38758082<br><br>MacNeal Hospital<br>Attn:  BK Dept.<br>2384 Paysphere Circle<br>Chicago, IL 60673-0023 | | H | MEDICAL - 10/16/2008 | | | . | 389.53 |

Sheet no. 25 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $ 489.84

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,                Case No. _____
                          **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   8531792847<br><br>MCM<br>Attn:  BK Dept.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | | W | ASPIRE CREDIT CARD | | | | 1089.27 |
| ACCOUNT NO.   M000170790<br><br>Medical Business Bureau, LLC<br>1175 Devin Drive, Suite 173<br>Norton Shores, MI 49441 | | W | MEDICAL - 09/20/2010<br><br>EM STRATEGIES | | | | 468.00 |
| ACCOUNT NO.   M000184816<br><br>Medical Business Bureau, LLC<br>1175 Devin Drive, Suite 173<br>Norton Shores, MI 49441 | | W | MEDICAL - 08/24/2010<br><br>EM STRATEGIES | | | | 284.00 |
| ACCOUNT NO.   M000104927<br><br>Medical Business Bureau, LLC<br>1175 Devin Drive, Suite 173<br>Norton Shores, MI 49441 | | W | MEDICAL - 10/25/2008<br><br>DUPAGE EMERG PHYS CONV CARE | | | | 180.00 |
| ACCOUNT NO.   5915925<br><br>Medical Recovery Specialists, Inc.<br>2200 E. Devon Avenue, Suite 288<br>Des Plaines, IL 60018-4519 | | W | MEDICAL - 10/24/2004<br><br>PRAIRIE EMERGENCY SERVICES | | | | 231.00 |

Sheet no. _26_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 2252.27

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Melody K. Brown <br> Attorney at Law <br> 708 4th Avenue South <br> Great Falls, Montana 59405 | | H | IMS OF ARIZONA <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 08-04125274942 <br> Merchants' Credit Guide Co. <br> 223 West Jackson Boulevard <br> Chicago, IL 60606 | | W | MEDICAL - 11/12/2003 | | | | 205.00 |
| ACCOUNT NO. 8531962859 <br> Midland Credit Management, Inc. <br> 8875 Aero Drive, Suite 200 <br> San Diego, CA 92123 | | W | IMAGINE CREDIT CARD | | | | 960.29 |
| ACCOUNT NO. 8531831766 <br> Midland Credit Management, Inc. <br> 8875 Aero Drive, Suite 200 <br> San Diego, CA 92123 | | W | SALUTE VISA CREDIT CARD | | | | 1026.16 |
| ACCOUNT NO. E054011044 <br> MiraMed Revenue Group LLC <br> PO Box 536 <br> Linden, MI 48451-2869 | | W | MEDICAL - 09/01/2010 <br><br> EDWARD HOSPITAL <br><br> REFERENCE #: 8917293 | | | | 310.73 |

Sheet no. 27 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 2502.18

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____,    Case No. _____
Maurer, Randy and Tammy                                                    (if known)
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    F028497469 <br><br> MiraMed Revenue Group LLC <br> PO Box 536 <br> Linden, MI 48451-2869 | | W | MEDICAL - 07/31/2010 <br><br> SILVER CROSS HOSPITAL <br><br> REFERENCE #: 8450579 | | | | 100.00 |
| ACCOUNT NO.    12268094 <br><br> NAFS, Inc. - Attn: BK Dept. <br> 165 Lawrence Bell Drive, Ste. 100 <br> PO Box 9027 <br> Williamsville, NY 14231-9027 | | H | BANK OF AMERICA CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    UNKNOWN <br><br> National City Bank <br> Attn: BK Dept. <br> PO Box 2049 <br> Akron, OH 44309-2049 | | W | 2004 PERSONAL CHECKING ACCOUNT <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    XXXXXX8293 <br><br> National City Bank <br> Attn: BK Dept. <br> PO Box 2049 <br> Akron, OH 44309-2049 | | H | PERSONAL CHECKING ACCOUNT <br><br> NOTICE ONLY | | | | 0.00 |

Subtotal▶ | $ 100.00

_____ continuation sheets attached

Sheet no. 28 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                    **Debtor**                                   **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   IST430 <br><br> NCO Financial Systems <br> Attn: BK Dept. <br> 507 Prudential Road <br> Horsham, PA 19044 | | W | CAPITAL ONE CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 90027409992690 <br><br> NCO Financial Systems <br> Attn: BK Dept. <br> 507 Prudential Road <br> Horsham, PA 19044 | | W | TARGET CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   SVM162 <br><br> NCO Financial Systems <br> Attn: BK Dept. <br> 507 Prudential Road <br> Horsham, PA 19044 | | H | NICOR GAS SERVICES | | | | 479.76 |
| ACCOUNT NO.   KZ079019 <br><br> Nelson, Watson & Assoc., LLC <br> 800 Merrimack Street <br> Lower Level <br> Haverhill, MA 01830 | | W | VERIZON | | | | 396.01 |
| ACCOUNT NO.  50-32-17-9298 3 <br><br> Nicor Gas <br> Attn: BK Dept. <br> 1844 Ferry Road <br> Naperville, IL 60507 | | W | UTILITY <br> 1724 LAWRENCE, LOCKPORT IL <br> 575 E. DIVISION, LOCKPORT IL | | | | 435.99 |

Sheet no. 29 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶        $ 1311.76

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Maurer, Randy and Tammy                    ,        Case No. _____
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   UNKNOWN<br><br>Nicor Gas<br>Attn: BK Dept.<br>1844 Ferry Road<br>Naperville, IL 60507 | | W | 527 PASADENA STREET<br>CREST HILL, ILLINOIS | | | | UNKNOWN |
| ACCOUNT NO. 00-60-78-9395 5<br><br>Nicor Gas<br>Attn: BK Dept.<br>1844 Ferry Road<br>Naperville, IL 60507 | | H | UTILITY SERVICES<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 9010 2470 3135 4000 1<br><br>Nissian Motor Acceptance Corp.<br>c/o NMAC Bankruptcy Dept.<br>PO Box 660366<br>Dallas, TX 75266-0366 | | H | 07/01/2005<br><br>LOAN #: 0010 2470 3135 4000 1<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   5364137<br><br>North American Credit Services<br>2810 Walker Road, Suite 100<br>Chattanooga, TN 37421 | | W | MEDICAL - 04/22/2008<br><br>ADVENTIST BOLINGBROOK HOSPITAL<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   F56472458<br><br>Northland Group, Inc.<br>Attn: BK Dept.<br>7831 Glenroy Road, Suite 250<br>Minneapolis, MN 55439 | | W | ASPIRE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. 30 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 0.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   F127222877 <br><br> Northland Group, Inc. <br> Attn: BK Dept. <br> 7831 Glenroy Road, Suite 250 <br> Minneapolis, MN 55439 | | W | CAPITAL ONE CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 2586G91XXXX <br><br> Northwest Collectors, Inc. <br> Attn: BK Dept. <br> 3601 Algonquin Road, Suite 500 <br> Rolling Meadows, IL 60008-3145 | | W | PARKING TICKETS | | | | 350.00 |
| ACCOUNT NO.XXXX-XXX-XXX-0652 <br><br> Orchard Bank Gold <br> c/o HSBC Card Services <br> PO Box 80084 <br> Salinas CA 93912-0084 | | W | ORCHARD BANK CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.549 Rosanne Lane (N3) <br><br> Orion Management <br> 14234 South Bell Road <br> PMB 118 <br> Homer Glen, IL 60491 | | H | LEASE ON APARTMENT RENTAL | | | | 5050.00 |
| ACCOUNT NO.91262329/166351/39609 <br><br> Palos Community Hospital <br> Attn:  BK Dept. <br> 12251 South 80th Avenue <br> Palos Heights, IL 60463 | | W | MEDICAL - 11/12/2003 | | | | 754.00 |

Sheet no._31_of_48_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤          $ 6154.00

Total➤          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,    Case No. _____
                    **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1-8942.0<br><br>Palos Emergency Med Srvcs, Ltd<br>Attn:  BK Dept.<br>9944 South Roberts Road, Suite 204<br>Palos Hills, IL 60465 | | W | MEDICAL - 11/12/2003<br><br>PALOS COMMUNITY HOSPITAL<br>EMERGENCY ROOM<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    228*249059.1<br><br>Pathology Laboratory Consultants SC<br>Attn:  BK Dept.<br>6965 Reliable Parkway<br>Chicago, IL 60686-0001 | | W | MEDICAL - 10/25/2008 | | | | 22.25 |
| ACCOUNT NO.    DC0025821613<br><br>Pellettieri & Associates, Ltd.<br>Attn:  BK Dept.<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | | W | MEDICAL - 10/24/2004<br>REFERENCE #: 2727752<br><br>PROVENA ST. JOSEPH HOSPITAL<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    223824-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>3612 Lincoln Hwy<br>Olympia Fields, IL 60461-1627 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO.    226275-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>3612 Lincoln Hwy<br>Olympia Fields, IL 60461-1627 | | H | PERSONAL LOAN | | | | UNKNOWN |

Sheet no. 32 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 22.25

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   222952-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>3612 Lincoln Hwy<br>Olympia Fields, IL 60461-1627 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO.   224077-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>3612 Lincoln Hwy<br>Olympia Fields, IL 60461-1627 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO.   223824-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>1020 West Jefferson Street<br>Joliet, IL 60435-7395 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO.   226275-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>1020 West Jefferson Street<br>Joliet, IL 60435-7395 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO.   222952-01<br><br>Personal Finance Company<br>Attn:  BK Dept.<br>1020 West Jefferson Street<br>Joliet, IL 60435-7395 | | H | PERSONAL LOAN | | | | UNKNOWN |

Sheet no. 33 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 0.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____, Maurer, Randy and Tammy _____,     Case No. _____
                 **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    224077-01<br><br>Personal Finance Company<br>Attn: BK Dept.<br>1020 West Jefferson Street<br>Joliet, IL 60435-7395 | | H | PERSONAL LOAN | | | | UNKNOWN |
| ACCOUNT NO. 90027409992690<br><br>Plaza Associates<br>Attn: Bankruptcy Dept.<br>PO Box 18008<br>Hauppauge, NY 11788 | | W | TARGET CREDIT CARD<br><br>CONTROL #: 51308168-10<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    UNKNOWN<br><br>PNC Bank (National City)<br>Attn: BK Dept.<br>PO Box 489909<br>Charlotte, NC 28269-5329 | | W | 2004<br><br>PERSONAL CHECKING ACCOUNT<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    XXXXXX8293<br><br>PNC Bank (f/k/a National City)<br>Attn: BK Dept.<br>PO Box 489909<br>Charlotte, NC 28269-5329 | | H | PERSONAL CHECKING ACCOUNT | | | | 720.72 |

Subtotal► $ 720.72

Total► $

_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 34 of 48 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____ ,          Case No. _____
                    **Debtor**                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0866823 <br><br> Prairie Emergency Services, SC <br> PO Box 2669 <br> Joliet, IL 60434 | | W | MEDICAL - 10/24/2004 <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 405994732 <br><br> Proactiv Soultion <br> Attn: BK Dept. <br> PO Box 361448 <br> Des Moines, IA 50336-1448 | | W | 2011 | | | | 20.00 |
| ACCOUNT NO. 02-060708-2 <br><br> Procaliber Tools <br> c/o IDSC Holdings, Inc. <br> 21742 Network Place <br> Chicago, IL 60673-1217 | | H | | | | | UNKNOWN |
| ACCOUNT NO. 10153864 <br><br> Professional Acct Mngmt <br> Collection Svcs Division <br> PO Box 391 <br> Milwaukee, WI 53201-0391 | | W | TCF BANK ACCOUNT ENDING: 7985 | | | | 90.09 |
| ACCOUNT NO. DC0025821613 <br><br> Provena St. Joseph Medical Center <br> 333 North Madison Street <br> Joliet, IL 60435 | | W | MEDICAL - 10/24/2004 <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _35_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 110.09

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                **Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5159946523<br><br>Quest Diagnostics<br>Attn: Patient Billing<br>1355 Mittel Boulevard<br>Wood Dale, IL 60191-1024 | | W | MEDICAL - 04/18/2008 | | | | 8.97 |
| ACCOUNT NO.   12575345025<br><br>Quest Diagnostics Inc.<br>c/o AMCA<br>2269 S. Saw Mill River Rd., Blding 3<br>Elmsford, NY 10523 | | W | MEDICAL<br><br>UNKNOWN TREATMENT DATE | | | | 73.65 |
| ACCOUNT NO.   301-10846771<br><br>RAB, Inc. - Attn: BK Dept.<br>7000 Goodlett Farms Pkwy, Ste 501<br>PO Box 34111<br>Memphis, TN 38016 | | H | NISSIAN MOTOR ACCEPTANCE CORPORATION | | | | 1814.72 |
| ACCOUNT NO.281-2-0000484247<br><br>Radiologists of DuPage, SC<br>520 East 22nd Street<br>Lombard, IL 60148 | | W | MEDICAL - 01/21/2010<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.281-2-0000469280<br><br>Radiologists of DuPage, SC<br>520 East 22nd Street<br>Lombard, IL 60148 | | W | MEDICAL - 11/24/2009<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. _36_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1897.34

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,      Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   UNKNOWN<br><br>Radiologists of DuPage, SC<br>520 East 22nd Street<br>Lombard, IL 60148 | | W | MEDICAL<br>UNKNOWN TREATMENT DATE<br>NOTICE ONLY | | | | UNKNOWN |
| ACCOUNT NO. 01-01-91262329<br><br>Radiology & Nuclear Cons Ltd.<br>7808 College Drive – 1SE<br>Palos Heights, IL 60463 | | W | MEDICAL - 11/12/2003 | | | | 30.00 |
| ACCOUNT NO.     304333<br><br>RadioShack Corporation<br>300 West 3rd Street, Suite 600<br>Fort Worth, TX 76102 | | W | INSUFFICENT FUNDS CHECK | | | | 93.23 |
| ACCOUNT NO.     572081<br><br>Rash Curtis & Associates<br>190 S. Orchard Avenue<br>Vacaville, CA 95688 | | W | CASHCALL | | | | 9260.44 |
| ACCOUNT NO. 9-274-099-926-90<br><br>Retailers National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis, MN 55440-1581 | | W | TARGET CREDIT CARD<br>NOTICE ONLY | | | | 0.00 |

Sheet no. 37 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 9383.67

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  IL00163604A-00<br><br>Safe Auto<br>4 Easton Oval<br>Columbus, OH 43219 | | W | AUTOMOTIVE INSURANCY POLICY | | | | 18.00 |
| ACCOUNT NO. XXXX-XXXX-XXXX-4388<br><br>Salute Card Services<br>Attn: BK Dept.<br>P.O. Box 105555<br>Atlanta GA 30348-5555 | | W | SALUTE CREDIT CARD<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    01042<br><br>Secure Storage of Lockport, Inc.<br>978 East Ninth Street<br>Lockport, IL 60441-3285 | | W | STORAGE UNIT RENTAL<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    F028497469<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | W | MEDICAL - 07/31/2010<br><br>REFERENCE #: 5712423<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    F028798171<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | J | MEDICAL - 09/20/2010 (SON)<br><br>REFERENCE #: 5795150 | | | | 546.12 |

Sheet no. 38 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 564.12

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Maurer, Randy and Tammy _____,          Case No. _____
                        **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    F021774179<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | W | MEDICAL - 06/04/2007 | | | | 89.00 |
| ACCOUNT NO.    F028639003<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | W | MEDICAL - 08/24/2010 | | | | 638.74 |
| ACCOUNT NO.    F024662488<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | W | MEDICAL - 10/25/2008<br><br>REFERENCE #: 4459113 | | | | 2087.13 |
| ACCOUNT NO.    F025341199<br><br>Silver Cross Hospital<br>Attn:  BK Department<br>1200 Maple Road<br>Joliet, IL 60432 | | W | MEDICAL - 02/24/2009<br><br>REFERENCE #: 4738900 | | | | 562.13 |
| ACCOUNT NO.    UNKNOWN<br><br>Snap-On Credit, LLC - Attn: BK Dept.<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | | H | | | | | UNKNOWN |

Sheet no. 39 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3377.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,          Case No. _____
              **Debtor**                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   AE 3043<br><br>Southwest Cardio Consultants<br>Attn: BK Dept.<br>2801 Black Rd., Suite 102 #105<br>Joliet, IL 60435-2702 | | W | MEDICAL - 10/25/2008<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   619296529<br><br>Sprint Nextel<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park KS 66251-4300 | | H | CELLULAR SERVICES<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   UNKNOWN<br><br>Stassinos Law Offices<br>Attn: BK Dept.<br>5150 Sunrise Blvd., Suite B6<br>Fair Oaks, CA 95628 | | W | DISCOUNT TIRE COLLECTION | | | | 357.00 |
| ACCOUNT NO.   10862068<br><br>State Collection Service, Inc.<br>Attn: BK Dept.<br>2509 South Stoughton Road<br>Madison, WI 53716 | | W | MEDICAL - 10/14/2008<br>TAKE CARE HEALTH SYSTEMS | | | | 219.00 |

                                      Subtotal▶ | $ 576.00

_____ continuation sheets attached

                       Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 40 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4008331<br><br>Stephens & Michaels Assoc., Inc.<br>Attn: BK Dept.<br>PO Box 109<br>Salem, NH 03079-0109 | | H | MEDICAL - 10/16/2008<br><br>VION HOLDINGS, LLC/<br>VANGUARD HEALTH MNGMT/<br>MACNEAL HOSPITAL<br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 053203700305105159<br><br>Stuff<br>Attn: BK Dept.<br>PO Box 420235<br>Palm Coast, FL 32142-0235 | | H | SUBSCRIPTION | | | | 15.00 |
| ACCOUNT NO.   660774<br><br>Take Care Health Systems<br>Attn: BK Dept.<br>4165 30th Avenue South, Suite 101<br>Fargo, ND 58104-8419 | | W | MEDICAL - 10/14/2008<br><br>NOTICE OLY | | | | 0.00 |
| ACCOUNT NO.   XXXXXX7985<br><br>TCF Bank<br>Attn:  Bankruptcy Dept.<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | | W | PERSONAL CHECKING ACCOUNT<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   XXXXXX0262<br><br>TCF Bank<br>Attn:  Bankruptcy Dept.<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | | W | PERSONAL CHECKING ACCOUNT<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. 41 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 15.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                        **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   XXXX-XX4257 <br><br> TCF Bank <br> Attn:  Bankruptcy Dept. <br> 800 Burr Ridge Parkway <br> Burr Ridge, IL 60527 | | H | PERSONAL CHECKING ACCOUNT | | | | 220.91 |
| ACCOUNT NO.    UNKNOWN <br><br> TeleCheck Services, Inc. <br> Attn: BK Dept. <br> 5251 Westheimer <br> Houston, TX 77056 | | W | INSUFFICIENT FUNDS CHECKS <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    5540534 <br><br> The Safeway Companies <br> Attn:  BK Dept. <br> PO Box 29239 <br> Phoenix, AZ 85038-9239 | | W | DOMINICK'S <br><br> INSUFFICIENT FUNDS CHECK <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    UNKNOWN <br><br> Thomas Gilbert <br> Law Firm of Ottosen Trevarthem <br> 81 N. Chicago Street, Suite 204 <br> Joliet, IL 60432 | | H | PERSONAL FINANCE COMPANY <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    660116905 <br><br> T-Mobile Customer Relations <br> Attn: BK Dept. <br> PO Box 37380 <br> Albuquerque, NM 87176-7380 | | W | CELLULAR SERVICES <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _42_ of _48_ continuation sheets attached                                            Subtotal➤   $ 220.91
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                                    Total➤   $
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,    Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-9696 AND XXX-XX-1161<br><br>Transunion<br>Attn: Bankruptcy Reporting Dept.<br>PO Box 1000<br>Chester, PA 19022 | | J | CREDIT REPORTING AGENCY<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 9822K-0000373218<br><br>Transworld Systems, Inc.<br>Attn: BK Dept.<br>25 Northwest Point Blvd, Suite 750<br>Elk Grove Village, IL 60007 | | J | MEDICAL - 10/27/2007 (SON)<br><br>M&M ORTHOPAEDICS | | | | 43.81 |
| ACCOUNT NO. 9412H-0003447234<br><br>Transworld Systems, Inc.<br>Attn: BK Dept.<br>25 Northwest Point Blvd, Suite 750<br>Elk Grove Village, IL 60007 | | H | HARRIS BANK - PERSONAL CHECKING ACCOUNT<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 0404121047036<br><br>TRS Recovery Services, Inc.<br>Attn: BK Dept.<br>PO Box 4857<br>Houston, TX 77210-4857 | | W | T-MOBILE | | | | 78.86 |
| ACCOUNT NO. 19041131908205<br><br>TRS Recovery Services, Inc.<br>Attn: BK Dept.<br>PO Box 4857<br>Houston, TX 77210-4857 | | W | CHIPAINS FINER FOODS | | | | 76.50 |

Sheet no. 43 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 199.17

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,        Case No. _____
              **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR`S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 36041009204499 <br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 4857 <br> Houston, TX 77210-4857 | | W | JEWEL <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 36041009209818 <br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 4857 <br> Houston, TX 77210-4857 | | W | JEWEL <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 36041009209818 <br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 17450 <br> Denver, CO 80217-0450 | | W | JEWEL | | | | 60.50 |
| ACCOUNT NO. 01041240118703 <br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 17450 <br> Denver, CO 80217-0450 | | W | AUTOZONE | | | | 39.99 |
| ACCOUNT NO. 4004124402069 <br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 4857 <br> Houston, TX 77210-4857 | | W | REGIS HAIR SALON <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _44_ of _48_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 100.49

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Maurer, Randy and Tammy_____,    .    Case No. _____
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4004124402069 <br><br> TRS Recovery Services, Inc. <br> Attn: BK Dept. <br> PO Box 4812 <br> Houston, TX 77210-4812 | | W | REGIS HAIR SALON | | | | 264.00 |
| ACCOUNT NO.   343933 <br><br> Ultimate Exposure, Corp. Office <br> Attn: BK Dept. <br> 930 West Huron Street <br> Chicago, IL 60642 | | W | MEMBERSHIP <br><br> CLIENT #: 343933 | | | | UNKNOWN |
| ACCOUNT NO.   UNKNOWN <br><br> Unlimited Tan <br> Attn: BK Dept. <br> 16615 West 159th Street <br> Lockport, IL 60441 | | W | MEMBERSHIP <br><br> CLIENT NAME: TAMMY MILTON | | | | UNKNOWN |
| ACCOUNT NO.   720053292 <br><br> US Cellular <br> Attn: Bankruptcy Dept. <br> PO Box 7385 <br> Madison, WI 53707-7835 | | W | CELLULAR SERVICES | | | | 259.49 |
| ACCOUNT NO.   13459487 <br><br> Van Ru Credit Corp. - Attn: BK Dept. <br> 4415 S. Wendler Drive <br> Building B, Suite 200 <br> Tempe, AZ 85282-4610 | | W | COMED <br> (ACCOUNT NO. 8704389149) <br><br> NOTICE ONLY | | | | 0.00 |

Sheet no. _45_ of _48_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ 523.49

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____Maurer, Randy and Tammy_____,          Case No. _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 285276830-00001 <br><br> Verizon Wireless <br> Attn: Bankruptcy Dept. <br> 777 Big Timber Road <br> Elgin, IL 60123 | | W | CELLULAR SERVICES | | | | 396.01 |
| ACCOUNT NO.    08-96298 <br><br> Village of Romeoville (Ambulance) <br> Attn: Billing Department <br> 18 Montrose Drive <br> Romeoville, IL 60446 | | W | MEDICAL - 04/22/2008 | | | | 480.00 |
| ACCOUNT NO.    2775****** <br><br> Vision Financial Corp. <br> Attn: BK Dept. <br> PO Box 800 <br> Purchase, NY 10577-0900 | | H | FIRST PREMIER BANK CREDIT CARD/ COMPUCREDIT | | | | 486.50 |
| ACCOUNT NO.    UNKNOWN <br><br> Washington Mutual <br> c/o Chase Bank <br> P O Box 36520 <br> Louisville, KY 40233-6520 | | J | PERSONAL CHECKING ACCOUNT <br><br> ACCOUNT HOLDERS: RANDY MAURER AND TAMMY MILTON | | | | UNKNOWN |

Subtotal▶ $ 1362.51

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____ ~~continuation sheets attached~~

Sheet no. 46 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   Maurer, Randy and Tammy  ,      Case No. _____
                  **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 801-1099419-2007-5<br><br>Waste Management<br>Attn: BK Dept./ Billing<br>1411 Opus Place, Suite 400<br>Downers Grove, IL 60515 | | W | GARBAGE SERVICES | | | | 172.39 |
| ACCOUNT NO. 23206718<br><br>West Asset Management<br>PO Box 105478<br>Atlanta, GA 30348-5478 | | W | AT&T (ACCOUNT # ENDING 0714 388) | | | | 128.60 |
| ACCOUNT NO. 07 SC 2765<br><br>Will County Circuit Court<br>Attn: Clerk's Office<br>57 N. Ottawa Street, Room 213<br>Joliet, IL 60432 | | H | 05/2007 - JUDGMENT ENTERED<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 08 SC 8523<br><br>Will County Circuit Court<br>Attn: Clerk's Office<br>57 N. Ottawa Street, Room 213<br>Joliet, IL 60432 | | W | DEFENDANT'S NAME: TAMMY MILTON<br><br>04/2010 - DISMISSED (DWP) | | | | 0.00 |
| ACCOUNT NO. 1066518<br><br>Yashar & Morgan PC<br>Attn: BK Dept.<br>1818 W. Belmont Ave., Suite 203<br>Chicago, IL 60657 | | H | CASHCALL<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. 47 of 48 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 300.99

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ____Maurer, Randy and Tammy_____ ,     Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1003926830 <br><br> Zenith Acquistion <br> Attn:  BK Dept. <br> 220 John Glenn Drive, #1 <br> Amherst, NY 14228 | | W | CAPITAL ONE CREDIT CARD <br><br> NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 07 SC 2765/ 9192.001 <br><br> Worldwide Asset Purchasing, LLC <br> c/o Kevin M. Kelly, P.C. <br> 29 N. Wacker Drive, Suite 603 <br> Chicago, IL 60606 | | H | 2007 SMALL CLAIMS SUIT <br><br> 07 SC 2765 - WILL COUNTY, IL <br><br> YOUR FILE NO.: 9192.001 | | | | 3791.34 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _48_ of _48_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ 3791.34

Total▶   $ 98,291.40
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re ___Maurer, Randall F. and Tammy R.___ ,          Case No._____
          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re _____Maurer, Randall F. and Tammy R._____ ,          Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the
debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any
former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the
nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the
child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the
child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _____Maurer, Randall F. and Tammy R._____ ,        Case No. _____
**Debtor**                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son | AGE(S): 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Electrician | Case Administrator |
| Name of Employer | Current Electrical Mechanical | U.S. Bankruptcy Court |
| How long employed | 1.5 years | 6 months |
| Address of Employer | 708 River Bluff Court Shorewood, IL 60404 | 219 South Dearborn Chicago, IL 60604 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2201.55 | $3297.60 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | $2201.55 | $3297.60 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $419.99 | $561.98 |
| b. Insurance | $0.00 | $253.10 |
| c. Union dues | $0.00 | $0.00 |
| d. Other (Specify): 401(k) Contribution, Pension and Life Insurance | $0.00 | $99.88 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $419.99 | $914.96 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $1781.56 | $2382.64 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify):_____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify):_____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $1781.56 | $2382.64 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $4164.20 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Decrease in income from November, 2011 until April, 2012 for Randy Maurer due to weather and trade conditions.

B6J (Official Form 6J) (12/07)

In re   Maurer, Randall F. and Tammy R.   ,          Case No. _____
              **Debtor**                                           (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,000.00 |
| a. Are real estate taxes included?        Yes _____   No ✓____ | |
| b. Is property insurance included?        Yes _____   No ✓____ | |
| 2. Utilities:  a. Electricity and heating fuel | $175.00 |
| b. Water and sewer | $63.00 |
| c. Telephone | $189.00 |
| d. Other  Cable, Internet | $130.00 |
| 3. Home maintenance (repairs and upkeep) | $65.00 |
| 4. Food | $639.00 |
| 5. Clothing | $209.00 |
| 6. Laundry and dry cleaning | $60.00 |
| 7. Medical and dental expenses | $50.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $10.00 |
| 10. Charitable contributions | $20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $0.00 |
| b. Life | $0.00 |
| c. Health | $0.00 |
| d. Auto | $89.00 |
| e. Other _____ | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $0.00 |
| b. Other          Kay Jewelers | $55.00 |
| c. Other          Credit Card | $50.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other          Dependent Day Care | $400.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $3404.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Cost of Electric and Gas to Increase - Cost of Car Maintenance to Increase (Cars need repairs)

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $4164.20 |
| b. Average monthly expenses from Line 18 above | $3404.00 |
| c. Monthly net income (a. minus b.) | $760.20 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Maurer, Randall F. and Tammy R.   ,                    Case No. _____
_____                                        (if known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __73__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____11/02/2011_____          Signature: _____ s/ Randall F. Maurer _____
                                                                            Debtor

Date _____11/02/2011_____          Signature: _____ s/ Tammy R. Maurer _____
                                                                      (Joint Debtor, if any)

                                                              [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

X _____          _____
  Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                              _____
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

**Northern** **DISTRICT OF** **Illinois**

In re:_____ Maurer, Randall F. and Tammy R._____ ,   Case No. _____
          Debtor                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|   AMOUNT   |   SOURCE   |
|------------|-----------|
| $28,620.12 | Current Electrical Mechanical (September, 2010 to September, 2011) |
| $23,312.28 | U.S. Bankruptcy Court (April, 2011 to Present) |

2

**2.   Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Worldwide Asset v. Randy Maurer | Small Claims Suit (07 SC 2765) | Will County Circuit Court | 05/2007 - Judgment |
| Northstar Capital v. Tammy Milton | Small Claims Suit (08 SC 8523) | Will County Circuit Court | 04/2010 - Closed |

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Nissian Motor Acceptance Corp. PO Box 660366, Dallas, TX 75266-0366 | 2007 | 2005 Nissian Sentra, 1.8S Special Edition |

4

**6.   Assignments and receiverships**

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.   Gifts**

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**


None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alliance Credit Counseling (5765 West Sunrise Blvd, Plantation, FL 33313) | 11/01/2011 | $29.00 |
| Filing Fee | 11/04/2011 | $299.00 |

**10. Other transfers**


None

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

--

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1709 S. Washington St., Lockport 60441 | Tammy Milton/ Tammy Maurer | May 2009 - August 2011 |
| 549 Rosanne Ln., Lockport, IL 60441 | Randy Maurer | June 2007 - June 2008 |
| 575 E. Division St., Lockport, IL 60441 | Randy Maurer/ Tammy Milton | June 2006 - July 2007 |

**16. Spouses and Former Spouses**

None



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.  Books, records and financial statements

None ☐   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Rudy Luevano Tax & Accounting Service | For Tax Years 2010 and 2011 |
| 341 N. Independence Blvd., Romeoville, IL 60446 | (For Debtor and Joint Debtor) |

None ☑   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                        DATES SERVICES RENDERED

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

             NAME                                            ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

             NAME AND ADDRESS                                DATE ISSUED

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                   DOLLAR AMOUNT
                                                   OF INVENTORY
              DATE OF INVENTORY          INVENTORY SUPERVISOR        (Specify cost, market or other basis)

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                   NAME AND ADDRESSES
                                                   OF CUSTODIAN
              DATE OF INVENTORY                                    OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

             NAME AND ADDRESS            NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ☑    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                 NATURE AND PERCENTAGE
             NAME AND ADDRESS                  TITLE            OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**



a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS              DATE OF WITHDRAWAL

---



b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                    AMOUNT OF MONEY
OF RECIPIENT,            DATE AND PURPOSE      OR DESCRIPTION
RELATIONSHIP TO DEBTOR   OF WITHDRAWAL         AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**



If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 11/02/2011 _____          Signature          s/ Randall F. Maurer

of Debtor

Date _____ 11/02/2011 _____          Signature_____          s/ Tammy R. Maurer
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature

_____          **Print Name and Title**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 ___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

X_____          _____
  Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*